# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CODY LEAVITT,

        Plaintiffs,

vs.

HAROLD WICKHAM, *et al.*,

        Defendants.

Case No. 2:13-cv-00490-GMN-CWH

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to file Reconsideration (#54), filed February 17, 2015. It appears that Plaintiff is seeking reconsideration of the Court's Order (#52) granting summary judgment in favor of Defendants. To the extent Plaintiff asks for leave to seek reconsideration, the motion is granted. The undersigned takes no position on the merits of the motion, which seeks reconsideration of an order entered by Chief Judge Navarro, the presiding District Judge in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to file Reconsideration is **granted** to the extent that leave is granted to file the motion for reconsideration.

**IT IS FURTHER ORDERED** that the Clerk shall recharacterize Plaintiff's Motion (#54) as a Motion for Reconsideration of the Court's Order (#52).

DATED: March 27, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**